IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY M. JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 10−cv−0135−MJR−SCW |
| | ) |
| MICHAEL RANDLE, SUZANN GRISWOLD, DONALD GAETZ, LOYD HANNA, JIM WINTERS, MIKE LILLARD, RONALD BROCKHOUSE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

# ORDER

**WILLIAMS, Magistrate Judge:**

This action came before the Court on Plaintiff Larry M. Johnson's ("Mr. Johnson's") Second Motion for Order to Compel Production of Documents (Doc. 111). Mr. Johnson, an inmate at the Menard Correction Center ("Menard"), alleges that the Illinois Department of Corrections' (IDOCs') lacto-ovo-vegetarian ("LVO") diet, as planned on paper, does not provide him with adequate nutrition, and that the LVO diet, as administered by Menard, is even more deficient. On September 28, 2011, the Court continued a hearing on Mr. Johnson's one remaining Motion to Compel (Doc. 111). The following Order is a summary of the Court's rulings on the Record at the Motion Hearing and as such, it is *not* intended to alter or amend those rulings in any way.

The Court took up each of the relevant paragraphs within Mr. Johnson's Motion to Compel, most of which included multiple requests, in turn. The Court DIRECTED Defendants to provide Mr. Johnson with all of the information that he requested in paragraphs 8, 9, 12, 13 and 14. Further, the Defendants were DIRECTED to provide the specific typewritten vegan and LVO menus that Mr. Johnson requested in paragraph 10, to the extent that those menus do in fact exist. Finally, Mr. Johnson's request in paragraph 11for additional information regarding inmates who worked in the

Inmate and Employee Kitchens in 2009 and 2010 was DENIED. Accordingly, Mr. Johnson's Motion to Compel was **GRANTED in part and DENIED in part.**

Defendants SHALL provide Mr. Johnson with a copy of all of the documents as outlined above **on or before October 11, 2011.**

**IT IS SO ORDERED**.

DATED: September 28, 2011.

/s/ ***Stephen C. Williams***
STEPHEN C. WILLIAMS
United States Magistrate Judge
