IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY M. JOHNSON,             )
    Plaintiff,               )
                              )
                              )
    vs.                       )   CASE NO. 10-135-SCW
                              )
MICHAEL RANDLE, SUZANN BAILEY,)
DONALD GAETZ, LLOYD HANNA, JIM)
WINTERS, MIKE LILLARD, RONALD )
BRICKHOUSE, S.A. GODINEZ, MICHAEL)
ACHISON, and RICK HARRINGTON, )
    Defendant(s).

## JUDGMENT IN A CIVIL CASE

Defendants **MICHAEL RANDLE, JIM WINTERS, MIKE LILLARD** and **RONALD BRICKHOUSE** were dismissed on May 31, 2012 by an Order entered by Judge Michael J. Reagan (Doc. 154).

Defendant **DONALD GAETZ** was dismissed on June 21, 2012 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 168).

Defendant **MICHAEL ACHISON** was dismissed on February 5, 2013 by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 193).

Defendants Suzanne Bailey and Lloyd Hanna proceeded to jury trial in their individual capacities and bench trial in their Official Capacities. Defendants **S.A. GODINEZ** and **RICK HARRINGTON** proceeded to Bench trial in their official capacities.

Defendant **LLOYD HANNA in his individual capacity** was granted judgment as a matter of law on March 19, 2013 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 214).

A Jury Verdict was returned in favor of Defendant **SUZANNE BAILEY in her individual capacity** and against Plaintiff **LARRY M. JOHNSON** (Doc. 217).

After a bench trial, the Court found for Defendants **S.A. GODINEZ, RICK HARRINGTON, SUZANN BAILEY and LLOYD HANNA** and against Plaintiff Johnson on all claims for injunctive relief and declaratory relief.

**IT IS THEREFORE ORDERED** judgment is entered in favor of defendants **MICHAEL RANDLE, SUZANN BAILEY, DONALD GAETZ, LLOYD HANNA, JIM WINTERS, MIKE LILLARD, RONALD BRICKHOUSE, S.A. GODINEZ, MICHAEL ACHISON** and **RICK HARRINGTON** and against Plaintiff **LARRY M . JOHNSON**.

Plaintiff shall take nothing from this action and no injunction shall issue.

**DATED** this 30th day of March, 2013

                                          **NANCY J. ROSENSTENGEL, CLERK**

                                          **BY: S/ Angela Vehlewald**
                                                          **Deputy Clerk**

**Approved by       S/ Stephen C. Williams**
              **United States Magistrate Judge**
              **Stephen C. Williams**